United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. DANNENBERG,<br><br>    Petitioner,<br><br>        v.<br><br>STEVEN ORNOSKI, Warden,<br>Respondent on Habeas Corpus.<br>_____<br><br>BOARD OF PRISON TERMS, ARNOLD SCHWARZENEGGER, Governor,<br><br>    Real Parties in Interest.<br>_____ | No. C 06-0403 CW<br><br>ORDER TO SHOW CAUSE |

Petitioner, a State prisoner, has filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Good cause appearing, the Court hereby issues the following orders:

Respondent shall file with this Court and serve upon Petitioner and Petitioner's counsel, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer a copy of all portions of the State trial record that have been previously transcribed and that are relevant to a determination of the issues presented by the

1  petition.

2      If Petitioner wishes to respond to the answer, he
3  shall do so by filing a traverse with the Court and serving
4  it upon Respondent within thirty (30) days of his receipt
5  of the answer.

7      IT IS SO ORDERED.

10  DATED:  __2/16/06_____      _____
11                                              CLAUDIA WILKEN
                                            United States District Judge

12  Copies mailed as noted
    on attached sheet

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Dannenberg,

        Plaintiff,

  v.

Ornoski et al,

        Defendant.
/

Case Number: CV06-00403 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 16, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Attorney General                       (w/Petition and Memorandum of P&As)
State of California
455 Golden Gate Avenue, #11000
San Francisco, CA 94102

Steven Ornoski, Warden             (w/Petition and Memorandum of P&As)
San Quentin State Prison
San Quentin, CA 94964

Dated: February 16, 2006

                                        Richard W. Wieking, Clerk
                                        By: Sheilah Cahill, Deputy Clerk

3