United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN E. DANNENBERG,                             No. C 06-0403 CW

        Petitioner,

   v.                                      ORDER DIRECTING THE
                                               CLERK OF THE COURT
STEVEN ORNOSKI, Warden,                        TO ADMINISTRATIVELY
                                               CLOSE THIS CASE
        Respondent.                        UNTIL THE COURT
                                               ISSUES AN ORDER
_____/          LIFTING THE PENDING
                                               STAY
BOARD OF PAROLE HEARINGS; and
ARNOLD SCHWARZENEGGER, Governor,

       Real Parties in Interest

_____/

    Petitioner John E. Dannenberg, a State prisoner, filed this

petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 11, 2006, the Court granted Petitioner's request to stay

the petition while he returned to State court to exhaust his State

judicial remedies.

    The Clerk of this Court shall ADMINISTRATIVELY CLOSE the file

pending the stay of this action.  Nothing further will take place

in this action until Petitioner exhausts his unexhausted claims,

and, within thirty (30) days of doing so, moves to reopen the

action, lift the Court's stay and amend the stayed petition to add

the newly-exhausted claims.  As indicated in the August 11, 2006

Order, Petitioner must file with the Court quarterly status reports

of his State court habeas proceedings beginning four months from

August 11, 2006 and must notify the Court promptly when his

exhaustion is completed.

    IT IS SO ORDERED.


Dated:  8/22/06

_____

CLAUDIA WILKEN
United States District Judge

2